Rel: July 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0689

Serra Chevrolet, Inc. v. Jim Burke Hyundai, Inc., Earl Harris, Christian Terrell, and Pasha Khayyam (Appeal from Jefferson Circuit Court: CV-23-902368).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Bryan, Sellers, and Stewart, JJ., concur.

Cook, J., recuses himself.